# United States District Court

WESTERN DISTRICT OF WASHINGTON

JERRY CARDENAS

v.

UNION PACIFIC RAILROAD

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5089RJB

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT Plaintiff's Motion for Remand to State Court: 28 U.S.C. § 1147 (Dkt. 7) is **GRANTED**. This case is **REMANDED** to Thurston County, Washington Superior Court.

March 9, 2010

BRUCE RIFKIN
Clerk

/s/ Dara L. Kaleel
By Dara L. Kaleel, Deputy Clerk